NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JEROME MARION, DOC #114535, )
   Appellant, )
         )
v.         )   Case No. 2D18-2527
         )
STATE OF FLORIDA,    )
         )
   Appellee.    )
_____)

Opinion filed April 17, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b) (2) from the Circuit Court for
Charlotte County; George Richards, Judge.

Jerome Marion, Pro Se.

PER CURIAM.

    Affirmed.

KHOUZAM, MORRIS, and LUCAS, JJ., Concur.